IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00008-BO

| | | |
|---|---|---|
| LENOVO (UNITED STATES) INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO STAY** |
| v. | ) | **ACTION PENDING SETTLEMENT** |
| | ) | |
| LIBERTY PATENTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Lenovo (United States) Inc. ("Lenovo") and Defendant Liberty Patents LLC

("Liberty Patents") hereby move the Court to stay this action for forty-five (45) days and for

cause show the Court:

1.      On January 4, 2021, Lenovo filed its Complaint;

2.      Liberty Patents has reached an agreement in principle with a third party, which

would resolve all matters in controversy between Lenovo and Liberty Patents in the above-

captioned action.

3.      The parties believe that an additional forty-five (45) days is necessary so that a

settlement agreement can be finalized and appropriate dismissal papers may be submitted.

4.      The parties request this stay, not for purpose of delay, but that they might finalize

and file dismissal papers without incurring additional expense.

This the 10th day of May, 2021.

/s/ Jacob S. Wharton
Hayden J. Silver III, NCSB No. 10037
Raymond M. Bennett, NCSB No. 36341
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099
E-mail:  Jay.Silver@wbd-us.com
             Ray.Bennett@wbd-us.com

Jacob S. Wharton, NCSB No. 37421
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
Facsimile: (336) 726-6985
E-mail:  Jacob.Wharton@wbd-us.com

*Attorneys for Defendant Lenovo (United States) Inc.*

/s/ Zachariah S. Harrington
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Peter D. Siddoway
NC Bar. No. 45647
psiddoway@sagepat.com
SAGE PATENT GROUP
4120 Main at North Hills Street, Suite 230
Raleigh, NC, 27609
(984) 219-3358
Fax: (984) 538-0416

*Counsel for Liberty Patents, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 10th day of May, 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Jacob S. Wharton*
Jacob S. Wharton, NCSB No. 37421
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
Facsimile: (336) 726-6985
E-mail: Jacob.Wharton@wbd-us.com

*Attorney for Defendant Lenovo (United States) Inc.*