IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00008-BO

| | |
|---|---|
| LENOVO (UNITED STATES) INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER ON** |
| | ) **JOINT MOTION TO STAY** |
| LIBERTY PATENTS, LLC, | ) **ACTION PENDING SETTLEMENT** |
| Defendant. | ) |

Upon motion of Plaintiff Lenovo (United States) Inc. and Defendant Liberty Patents, LLC, and for good cause shown, this action is stayed for forty-five (45) days pending settlement discussions and so that appropriate dismissal papers may be submitted.

This the ___ day of _____, 2021.

_____
United States District Judge Presiding