IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00008-BO

| | |
|---|---|
| LENOVO (UNITED STATES) INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LIBERTY PATENTS, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

This matter having come before the Court on the joint motion of plaintiff Lenovo (United States), Inc. and defendant Liberty Patents, LLC, pursuant to Rule 41(a)(1)(A)(ii), FED. R. CIV. P.;

AND, the Court having reviewing the joint motion submitted by the parties;

AND, for good cause appearing;

IT IS HEREBY ORDERED, that all claims brought by Lenovo (United States), Inc. are hereby dismissed with prejudice. Each side is to bear their own attorneys' fees, costs, and expenses associated with this proceeding.

7-14-21

_____
United States District Court Judge